

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

08cv2146

## I. CAPTION

Iman Sharif
(Enter the full name of the plaintiff or plaintiffs)

v.

(1) Paul Ritter    Official
(2) Bill Sweeny    Warden
(3) Todd Buskirk   Director
(4) John Mcgeehan  Director of Security
(Enter the full name of the defendant or defendants)

## II. PARTIES

a. **Plaintiff**

Full name: Iman Ruqib Sharif

Prison identification number: 6144

Place of present confinement: Northampton County Prison

Address: 666 Walnut St. Easton PA

Place of confinement at time of incidents or conditions alleged in complaint, including address:
RHU.

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. **Defendants:** (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Paul Ritter (Correction Officer)
   Place of employment and section or unit: ~~~~ ~~~~~~~~ (NCP) RHU

2. Full name including title: Bill Sweeny (Warden)
   Place of employment and section or unit: Northampton County Prison

3. Full name including title: Todd Buskirk (Director)
   Place of employment and section or unit: Northampton County Prison

4. Full name including title: John Mcgeehan (Head of Security)
   Place of employment and section or unit: Northampton County Prison

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

## III. PREVIOUS LAWSUITS

**Instructions:**

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested be. w. If you have not filed other lawsuits, proceed to Section IV, Admini ·ative Remedies, on this page.

If you have filed other lawsuits, provide the following informa..on.

Parties to your previous lawsuit:

Plaintiffs _____

Defendants _____

Issues: _____
_____

Court: if federal, which district? _____

      if state, which county? _____

Docket number: _____ Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)); Date: _____

  Dismissed ___ Reason? _____

  Judgment ___ In whose favor? _____

  Pending ___ Current status? _____

  Other ___ Explain _____

  Appeal filed? ___ Current status? _____

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

## IV. ADMINISTRATIVE REMEDIES

**Instructions:**

Provide the information requested below if there is an administrative procedure to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance) disciplinary review, etc.)
There are no copies for grievance.

Authority for procedure. (DC-ADM, inmate handbook, etc.)
_____

Formal or informal procedure. I was giving a formal misconduct
Who conducts the initial review? Lt. Robin S Stanley

What additional review and appeals are available? There are no copies for request or grievances.

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? _____

What action did you ask prison authorities to take? _____

What response did you receive to your request? _____

What further review did you seek and on what dates did you file the requests? _____

What responses did you receive to your requests for further review?
_____
_____
_____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why.
_____
_____
_____

Page 3

## V. STATEMENT OF CLAIM

Instructions:

State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.

Statement of claim:

ON 4.15.08 I, Iman Sharif was out on my (out time) when officer Paul Ritter open another inmates cell who was a different classification than me. I was assulted by this inmate to the point that I had to go to medical because of the stabbed wound in my back. There were 3 different classifieds out at the same time which is why the official fail to protect me. Which is a violation of my Eight Amendment right. Bill Sweeny is in charge of staff and inmates they get brief everyday this shouldn't never have happen. Todd Buskirk is controlling all overall operations another reason why this should have happen and John Mcgeehan is head of security.

## VI. RELIEF

Instruction: Briefly state exactly what you want the Court to do for you.

Relief sought:

_____
_____
_____
_____

## VII. DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

4.18.08
DATE

Iman Sharif
SIGNATURE OF PLAINTIFF(S)

Page 4